# ORIGINAL



MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212)637-2713
Fax: (212)637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
PETER MORALES,                        :

          Plaintiff,         :

                                   :    STIPULATION AND ORDER

                                   :

          -v -               :    07 Civ. 6694 (BSJ)

                                   :
MICHAEL J. ASTRUE,                    :
Commissioner of                       :
Social Security,                      :

               Defendant.     :
- - - - - - - - - - - - - - - - -x

        IT IS HEREBY STIPULATED AND AGREED, by and

between the attorneys for the parties, that defendant shall pay

plaintiff's counsel, one thousand nine hundred fifty-five

dollars($1,955.00), in full satisfaction of any and all claims



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/3/08 dc

for attorney's fees and expenses under the Equal Access to

Justice Act, 28 U.S.C. § 2412.

Dated: New York, New York
       April 18, 2008


                          NORTHERN MANHATTAN IMPROVEMENT
                            CORPORATION
                          Attorney for Plaintiff

                    By: _____
                          JAMES M. BAKER, ESQ.
                          76 Wadsworth Avenue
                          New York, New York 10033
                          Telephone No. (212) 822-8347

                          MICHAEL J. GARCIA
                          United States Attorney for the
                          Southern District of New York
                          Attorney for Defendant


                    By: _____
                          SUSAN C. BRANAGAN
                          Assistant United States Attorney
                          86 Chambers Street, 3rd Floor
                          New York, New York 10007
                          Telephone No. (212) 637-2804
                          Susan.Branagan@usdoj.gov


SO ORDERED:

_____
United States District Judge

4/29/08